IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                Case No. 12-cv-875

KEVIN EINERSON,

      Defendant.

**ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

A copy of the petition and order to show cause having been served on defendant on February 19, 2013, and the defendant having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the defendant appear before Revenue Officer Tiffany Insley-Grigg or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Kevin Einerson, for the taxable year 2009, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

    All books, papers, records or other documents demanded in the Internal
    Revenue Service summons served upon respondent on May 17, 2012.

The examination shall continue from day to day until completed.

In the event the Revenue Officer Tiffany Insley-Grigg and the defendant cannot agree mutually upon a time and place, then the defendant is ordered to appear at the office of Tiffany Insley-Grigg, Internal Revenue Service, N 14 W24200 Tower Place Suite

202, Waukesha, WI, telephone number  262/513-3596, at a time designated by the Revenue Officer, notice of said time and place to be given to the defendant by means of a certified letter mailed to the defendant at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this /s+ day of March, 2013.

United States District Judge
BY THE COURT:

WILLIAM M. CONLEY
United States District Judge