IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Petitioner,                  OPINION & ORDER

  v.

KEVIN EINERSON,                             12-cv-875-wmc

        Respondent.

---

In an order dated March 1, 2013, the court ordered defendant Kevin Einerson to appear before the Internal Revenue Service for the purpose of giving testimony and producing records requested by the Internal Revenue Service. (3/1/13 Order to Enforce Internal Revenue Service Summons, ECF No. 8). Upon the petition of the United States, the court issued an Order to Show Cause on May 10, 2013. (5/10/13 Order to Show Cause, ECF No. 11). In that order, the court ordered the respondent to appear on July 24, 2013, to show cause why he should not be held in contempt and confined for disobedience of the court's Order to Enforce Internal Revenue Service Summons. (*Id.*). Respondent failed to appear at the July 24, 2013, hearing, and a bench warrant was issued for his arrest. (7/24/2013 Bench Warrant, ECF No. 15). Respondent was brought before this court on August 1, 2013, pursuant to that bench warrant.

1

ORDER

Consistent with the court's March 1, 2013 order, IT IS ORDERED that Kevin Einerson appear personally before Revenue Officer Tiffany Insley-Grigg, or her designee, at the office of the IRS, 1242 Fourier Drive, Madison, Wisconsin, on August 14, 2013 at 9:00 a.m. for the purpose of giving testimony concerning tax liabilities of Kevin Einerson, for the taxable years 2009 and 2011, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

1. A completed From 433-A (Collection of Information Statement for Wage Earners and Self-Employed Individuals).

2. All documents and records of assets, liabilities, or accounts held in Kevin Einerson's name or for Kevin Einerson's benefit, which the taxpayer wholly or partially owns, or in which Kevin Einerson has a security interest. These records and documents include but are not limited to: all wage statements, bank statements, checkbooks, canceled checks, savings account passbooks, records or certificates of deposit for the period from February 1, 2013 through August 14, 2013; all current vehicle registration certificates; deeds or contracts regarding real property; stocks and bonds, accounts, notes and judgments receivable; and all life or health insurance policies.

3. Failure to comply with this order may result in a finding of contempt by this court.

Pending completion of the terms and conditions of this order, IT IS FURTHER ORDERED that Kevin Einerson is released from the custody of the United States Marshal.

Entered this 1st day of August, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge