IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                       Case No.  12-cv-875

KEVIN EINERSON,

          Defendant.

**ORDER OF DISMISSAL**

The United States of America having moved the Court to dismiss this action on the ground that respondent has fully complied with the terms of the Internal Revenue Service summons that is the subject of this action, IT IS HEREBY ORDERED that this case is DISMISSED.

August 15, 2013

                                                                United States District Judge
                                                                BY THE COURT:

                                                                WILLIAM M. CONLEY
                                                               United States District Judge